908 A.2d 269

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Derrick H. BURNSIDE, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 14, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 14th day of September 2006, the Petition for Allowance of Appeal is granted limited to the following issues:

Whether this honorable Court should grant the within Petition for Allowance of Appeal to review the Majority's Panel of the Superior Court's decision incorrectly interpreting 18 Pa. C.S.A. § 3301 (Arson), in a case of first impression, where [Petitioner] was unlawfully convicted of setting a person on fire.

Justice EAKIN did not participate in the consideration or decision of this matter.